So Ordered this 12th day of January, 2024

_____
Honorable Michael A. Shipp, U.S.D.J.

44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-8060
ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NATALIE BRANDON,<br><br>     Plaintiff,<br><br>v.<br><br>ROUND STAR NJ, LLC d/b/a SUPER SOCCER STARS, JOHN DOES 1-10, AND XYZ CORP. 1-10,<br><br>     Defendants. | Civil Action No. 3:22-CV-06464-MAS-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff Natalie Brandon ("Plaintiff") and Defendant Round Star NJ, LLC ("Defendant"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's Complaint in the above-captioned action be hereby and immediately dismissed, with prejudice, as to Defendant without costs or attorneys' fees.

| HYDERALLY & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| 33 Plymouth Street, Suite 202 | 200 Connell Drive, Suite 2000 |
| Montclair, NJ 07042 | Berkeley Heights, New Jersey 07922 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| By: _/s/ *Ty Hyderally* | By: s/ Mary Smith |
|     /s/ *Francine Foner* | |
|     Ty Hyderally, Esq. |     Mary A. Smith, Esq. |
|     Francine Foner, Esq. |     Linda J. Posluszny, Esq. |
| Dated: July ___, 2023 | Dated: ~~July~~ August __8__, 2023 |